IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TALLI MCFADDEN, **Plaintiff,** | : : : |
| v. | : CIVIL ACTION NO. 18-CV-1320 |
| CITY OF PHILADELPHIA, *et al.*, **Defendants.** | : : : |

**ORDER**

FILED
MAY 23 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

AND NOW, this 23rd day of May, 2018, upon consideration of Plaintiff Talli McFadden's *pro se* Complaint, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to file the Complaint and to amend the caption to add Eugene Wyatt as a Defendant in this matter.

2. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum. McFadden's claims challenging his convictions and sentences, which are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) are **DISMISSED without prejudice** to his right to pursue them in a new lawsuit if and when his convictions are invalidated. His claims requesting *coram nobis* relief are **DISMISSED without prejudice** to McFadden's right to raise them in his respective criminal cases. McFadden's state law claims are **DISMISSED without prejudice** to his right to raise them in state court. McFadden may not file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
JUAN R. SÁNCHEZ, J.